# Third District Court of Appeal
## State of Florida

Opinion filed February 22, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0096
Lower Tribunal No. F97-34245C
_____

**Carlton Bannister,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Carlton Bannister, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. See Bannister v. State, 990 So. 2d 595 (Fla. 3d DCA 2008).